No. 90–7945. GEDSON, AKA KERR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 90–7966. RAY *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. 

No. 90–7970. BRAMBLE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 90–8007. DAVIE *v.* MUNCY ET AL. C. A. 4th Cir. Certiorari denied. 

No. 90–8036. PINOCHET *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 90–8038. THOMAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 90–8040. LINCOLN, AKA OMER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 90–8042. CROSBY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 90–8049. SNOW *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 90–8057. STURDY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 90–8064. BOHANAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–8065. DANIELS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 90–872. YELLOW BUS LINES, INC. *v.* DRIVERS, CHAUFFEURS & HELPERS LOCAL UNION 639 ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ██

No. 90–1643. KEHR PACKAGES, INC., ET AL. *v.* FIDELCOR, INC., ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. 